DISMISS; Opinion issued September 28, 2012



In The

Court of Appeals

Fifth District of Texas at Dallas

_____

No. 05-12-00309-CR
_____

KEVIN DWAYNE DRAWHORN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-70367-Q

# MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang
Opinion By Justice Bridges

After a jury found Kevin Dwayne Drawhorn guilt of aggravated assault resulting in serious

bodily injury/family violence, appellant entered into an agreement with the State regarding

punishment. Pursuant to the agreement, appellant pleaded true to two enhancement paragraphs and

the trial court assessed punishment at twenty-five years' imprisonment. Appellant waived his right

to appeal as part of the punishment agreement. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex.

Crim. App. 2000). The trial court certified that appellant waived his right to appeal. *See* TEX. R.

APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120309F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KEVIN DWAYNE DRAWHORN, Appellant

No. 05-12-00309-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F11-70367-Q).
Opinion delivered by Justice Bridges, Justices Francis and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 28, 2012.

_____
DAVID L. BRIDGES
JUSTICE